UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing, Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee
R.A. LEBRON, ESQ.
SPS2163
bankruptcy@fskslaw.com

| In Re: | Case No.: 21-12677 SLM |
|---|---|
| WILFRED A MILLS | Chapter: 13 |
| Debtor(s). | Judge: Honorable Stacey L. Meisel |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee</u>. This party is a party in interest in this case pursuant to a mortgage dated March 12, 2007 and recorded in the Office of the ESSEX County Clerk/Register on April 5, 2007 in Mortgage Book 12043, Page 5606, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                           Counsellors at Law
                           7 Century Drive - Suite 201
                           Parsippany, New Jersey 07054

    DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                            **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                            Attorneys for Select Portfolio Servicing, Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee

Dated: <u>April 7, 2021</u>        By:<u>/s/ R.A. Lebron, Esq.</u>
                                         R.A. LEBRON, ESQ.

Case No.: 21-12677 SLM