Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−12677−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilfred A Mills
   84 Hillside Terrace
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−9030

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/11/21 at 10:00 AM

to consider and act upon the following:

*18* − Motion to Avoid Lien Filed by Scott E. Tanne on behalf of Wilfred A Mills. Hearing scheduled for 7/28/2021 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Certificate of Service) (Tanne, Scott)

Dated: 8/2/21

                                                  Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court