UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtors**

Order Filed on August 11, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Wilfred Mills**

Case No.: 21-12677

Adv. No.:

August 11, 2021

Hearing Date: ~~July 28, 2021~~

Judge: MEISEL

## ORDER OF DISCHARGE OF LIEN OF CITIBANK NA
## PURSUANT TO 11 U.S.C. 522(f)

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: August 11, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Wilfred Mills
Case No.: 21-12677-SLM
Caption of Order: Order of Discharge of Lien of Citibank NA

---

Upon consideration of Debtor's motion to avoid the judgment lien of Citibank NA, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 522(f), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the Clerk of the Superior Court of New Jersey shall discharge the lien of the following Judgment heretofore entered against the Debtor:

DC-014157-19 entered in the Superior Court of New Jersey in favor of Citibank NA, on August 16, 2019, against Debtor on property located at 84 Hillside Terrace, Irvington, NJ 07111, and more particularly described as Lot 37, Block 17 on the official tax map of the City of Irvington, County of Essex, State of New Jersey in the amount of $5,096.00; and it is

**FURTHER ORDERED** that Citibank NA is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Citibank NA fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Citibank NA be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.