UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtors

Order Filed on August 11, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
**Wilfred Mills**

Case No.: 21-12677

Adv. No.:

August 11, 2021

Hearing Date: ~~July 28, 2021~~

Judge: MEISEL

## ORDER OF DISCHARGE OF LIEN OF CITIBANK NA
## PURSUANT TO 11 U.S.C. 522(f)

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: August 11, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor:             Wilfred Mills
Case No.:           21-12677-SLM
Caption of Order:   Order of Discharge of Lien of Citibank NA

---

Upon consideration of Debtor's motion to avoid the judgment lien of Citibank NA, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 522(f), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the Clerk of the Superior Court of New Jersey shall discharge the lien of the following Judgment heretofore entered against the Debtor:

DC-014157-19 entered in the Superior Court of New Jersey in favor of Citibank NA, on August 16, 2019, against Debtor on property located at 84 Hillside Terrace, Irvington, NJ 07111, and more particularly described as Lot 37, Block 17 on the official tax map of the City of Irvington, County of Essex, State of New Jersey in the amount of $5,096.00; and it is

**FURTHER ORDERED** that Citibank NA is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Citibank NA fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Citibank NA be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.

United States Bankruptcy Court

District of New Jersey

In re:  
Wilfred A Mills  
    Debtor

Case No. 21-12677-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Aug 11, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilfred A Mills, 84 Hillside Terrace, Irvington, NJ 07111-1512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Wilfred A Mills ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5