| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 23, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    WILFRED A MILLS | Case No.:  21-12677<br><br>Hearing Date:  09/22/2021<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 23, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): WILFRED A MILLS

Case No.: 21-12677SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/22/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/22/2021 of the plan filed on 03/31/2021, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/06/2021 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

ORDERED, that Debtor must file amended Schedule I & J by 10/6/21 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.