UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Wilfred A. Mills

Case No.: 21-12677-SLM
Chapter: 13
Judge: Meisel

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Wilfred A. Mills, Debtor(s), in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on November 10, 2021 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3A, MLK, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Worker's Compensation

Pertinent terms of settlement: $4,781.70, less disbursements of $680.00, net proceeds to Debtor $4,101.70
Amended Schedules B and C filed 9/30/2021.

Objections must be served on, and requests for additional information directed to:

Name: Scott E. Tanne, Esq., P.C.

Address: 4 Chatham Road, Summit, NJ 07901

Telephone No.: (973) 701-1776

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Wilfred A Mills  
    Debtor

Case No. 21-12677-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 01, 2021      Form ID: pdf905      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred A Mills, 84 Hillside Terrace, Irvington, NJ 07111-1512 |
| sp | + | Martin F Kronberg, 2414 Morris Avenue, Union, NJ 07083-5708 |
| 519154944 | + | Amini Boston, 483 Union Avenue, Apt 1, Irvington, NJ 07111-2811 |
| 519154945 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519220030 | | CSMC 2017-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519154951 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 519154952 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519154956 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519154955 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519154954 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519186663 | | Towd Point Mortgage Trust 2019-SJ2, U.S. Bank Nati, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519154958 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 519154959 | + | Weinberger Divorce & Family Law Group, 119 Cherry Hill Road, Suite 120, Parsippany, NJ 07054-1123 |
| 519168727 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519154961 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 519154960 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2021 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2021 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519154947 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2021 21:19:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519154948 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2021 21:19:36 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519207787 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 01 2021 21:32:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519154949 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 01 2021 21:16:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519154953 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2021 21:16:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519154957 | | Email/Text: epr@telecheck.com | Oct 01 2021 21:17:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |

TOTAL: 8

Case 21-12677-SLM    Doc 33    Filed 10/03/21    Entered 10/04/21 00:14:21    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: pdf905 | Total Noticed: 24 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519154950 | | Citibank NA |
| 519154946 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Wilfred A Mills ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5