| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee<br>R.A. LEBRON, ESQ.<br>SPS2163<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>WILFRED A. MILLS<br><br> Debtor(s). | Case No.: <u>21-12677 SLM</u><br><br>Adv. No.:<br><br>Hearing Date: September 22, 2021<br><br>Judge: <u>Honorable Stacey L. Meisel</u> |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.,</u> who represents the <u>Secured Creditor, Select Portfolio Servicing, Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee</u> in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 27, 2021, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a.    Order Resolving Objection to Confirmation.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SCOTT E. TANNE<br>SCOTT E. TANNE, ESQ.<br>4 CHATHAM ROAD<br>SUMMIT, NJ 07901 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| WILFRED A. MILLS<br>84 HILLSIDE TERRACE<br>IRVINGTON, NJ 07111 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 27, 2021            /S/ KELLY MASTANDREA
                                   Kelly Mastandrea,
                                   Paralegal