Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 21−12677−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilfred A Mills
   84 Hillside Terrace
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−9030

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/8/21 at 10:00 AM

to consider and act upon the following:

*29* − Notice of Proposed Compromise or Settlement of Controversy re: Worker's Compensation. Hearing scheduled for 11/10/2021. Filed by Scott E. Tanne on behalf of Wilfred A Mills. Objections due by 11/3/2021. (Tanne, Scott)

Dated: 11/3/21

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court