SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for the Debtor(s)

| | |
|---|---|
| In the Matter of:<br><br>**Wilfred A. Mills**<br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**Chapter 13**<br>**Case No. 21-12677-SLM** |

### DEBTOR'S SUPPLEMENTAL CERTIFICATION IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT

Wilfred A. Mills, does hereby certify:

1. I am the Debtor in the above referenced matter, and as such have full and complete knowledge of the facts contained herein. I make this certification in support of my request to approve the settlement.

2. I filed my Chapter 13 case on March 31, 2021.

3. Prior to filing bankruptcy, on or about February 2020, I settled a personal injury case against USPS emanating from the same incident as my current worker's compensation case. I received a net of $88,529.93 on March 10, 2020.

4. I needed to use the majority of these funds for normal living expenses to support myself and my children. I had worked at a parttime job (where I received my injury) and was no longer able to work because of residual pain from the injury, and therefore had experienced a loss of income. The settlement proceeds went toward covering the regular household budget that normally would have been paid from my income. I simultaneously was going through a divorce and expended approximately $11,000 towards attorney fees.

5. As of the filing date of the instant case, I had approximately $3,000.00 remaining of the settlement funds, which is disclosed on Schedule B of my Bankruptcy Petition.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 11/16/2021

_____
Wilfred A. Mills, Debtor