SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

Re:  WILFRED A MILLS
    84 HILLSIDE TERRACE
    IRVINGTON, NJ  07111

Atty:  SCOTT E TANNE ESQ
    4 CHATHAM ROAD
    SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 21-12677

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/20/2021 | $572.00 | 7611357000 | 05/26/2021 | $572.00 | 7693403000 |
| 06/14/2021 | $572.00 | 7742157000 | 07/14/2021 | $572.00 | 7808650000 |
| 08/03/2021 | $572.00 | 7856932000 | 09/13/2021 | $572.00 | 7945301000 |
| 10/15/2021 | $1,285.00 | 8015225000 | 11/08/2021 | $1,285.00 | 8071078000 |
| 12/09/2021 | $1,285.00 | 8137282000 | | | |

**Total Receipts: $7,287.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,287.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 407.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 706.26 | 100.00% | 0.00 | 0.00 |
| 0007 | CITIBANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 24,773.58 | 100.00% | 0.00 | 0.00 |
| 0013 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | WEINBERGER DIVORCE & FAMILY LAW ( | UNSECURED | 3,238.57 | 100.00% | 0.00 | 0.00 |
| 0018 | WELLS FARGO BANK NA | UNSECURED | 4,072.12 | 100.00% | 0.00 | 0.00 |
| 0021 | SELECT PORTFOLIO SERVICING INC | MTGS PD IN FULL | 37,030.54 | 100.00% | 0.00 | 0.00 |
| 0022 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $407.25**
See Summary

**Chapter 13 Case # 21-12677**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $7,287.00       -    Paid to Claims: $0.00       -    Admin Costs Paid: $407.25    =    Funds on Hand: $6,879.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.