UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on January 19, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Wilfred A. Mills,**

Debtor

Case No.: 21-12677-SLM

Adv. No.:

Hearing Date: January 12, 2022

Judge: Meisel

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: January 19, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:                Wilfred A. Mills
Case No.:              21-12677-SLM
Caption of Order:      Order Approving Settlement

---

Upon consideration of Debtor's motion for an order approving settlement, and resolution of the Objection filed by Marie-Ann Greenberg, Chapter 13 Standing Trustee, and good cause appearing therefore, it is hereby

**ORDERED** that the objection filed by the Chapter 13 Trustee has been settled by Debtor's agreement to pay a one hundred percent dividend to the general unsecured creditors through the Chapter 13 Plan; and it is

**ORDERED** that the settlement of Debtor's worker's compensation matter be and the same is hereby approved; and it is

**FURTHER ORDERED** that the settlement's net proceeds of $4,101.70, shall be remitted directly to the Debtor.