| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for the Debtor(s) | Order Filed on June 10, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Wilfred A. Mills,**<br><br>Debtor(s) | Case No.: 21-12677-SLM<br><br>Adv. No.:<br><br>Hearing Date: June 8, 2022<br><br>Judge: Meisel |

        AUTHORIZING

# ORDER ~~ALLOWING~~ THE REFINANCE OF DEBTOR'S PROPERTY BY FINANCIAL FREEDOM MORTGAGE, LLC

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 10, 2022**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Wilfred A. Mills
Case No.: 21-12677-SLM
Caption of Order: Order ~~Allowing~~ the Refinance of Debtor's Property by Financial Freedom Mortgage LLC
                  Authorizing                                                    authorizing

Upon consideration of Debtor's motion for an order ~~allowing~~ the refinance of Debtor's property by Financial Freedom Mortgage, LLC, and good cause appearing therefore, it is hereby

**ORDERED** that the refinancing of the Debtor's property by Financial Freedom Mortgage LLC is ~~allowed~~; and it is
 authorized

**FURTHER ORDERED** that the lien of SCMC 2017-RPL2 Trust, which is serviced by Select Portfolio Servicing, Inc. ("SLS") shall be paid in full pursuant to a payoff statement issued in the normal course of business, subject to the Debtor being able to challenge said payoff amount following the closing, and shall remain on the premises commonly known as 84 Hillside Terrace, Irvington, NJ 07111 until the refinance closing proceeds are received and applied by SLS, at which point the lien shall be discharged and released; and it is

**FURTHER ORDERED** that the mortgage lien of Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee, which is serviced by Select Portfolio Servicing, Inc. ("SLS") shall be paid in full pursuant to a payoff statement issued in the normal course of business, subject to the Debtor being able to challenge said payoff amount following the closing, and shall remain on the premises commonly known as 84 Hillside Terrace, Irvington, NJ 07111 until the refinance closing proceeds are received and applied by SLS, at which point the lien shall be discharged and released; and it is

**FURTHER ORDERED** that all other liens on the Debtor's property shall be satisfied, unless set up to the paid in full through the Chapter 13 Plan; and it is

**FURTHER ORDERED** that Debtor's attorney shall receive a fee of $750.00 for the preparation of the instant motion and the court appearance on same and said fee has already been paid by Debtors directly to Debtors'; and it is

Document     Page 3 of 3

Page 3

Debtor:      Wilfred A. Mills
Case No.:    21-12677-SLM
Caption of Order: Order ~~Allowing~~ the Refinance of Debtor's Property by Financial Freedom Mortgage LLC
                  Authorizing

**FURTHER ORDERED** that the closing agent for Financial Freedom Mortgage, LLC shall remit from the refinance proceeds the sum of $12,332.63, including Trustee commissions, to the Chapter 13 Standing Trustee at the following address:

>Marie-Ann Greenberg
>Chapter 13 Standing Trustee
>P.O. Box 520
>Memphis, TN 38101-0520

as full and final payment to complete Debtors' Chapter 13 plan.  The unsecured creditors having timely filed claims shall be paid in full through the Plan, at which time Debtors will be granted a discharge; and it is

**FURTHER ORDERED** that a copy of the HUD-1 Settlement Statement or Closing Statement shall be forwarded to the Chapter 13 Trustee at:

>Marie Ann Greenberg
>Chapter 13 Standing
>30 Two Bridges Road, Suite 330
>Fairfield, NJ 07004

 and Debtor's attorney no later than five (5) days after the closing; and it is

**FURTHER ORDERED** that any remaining proceeds shall be disbursed to the Debtor at closing.