| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>**Attorney for the Debtor(s)** | Order Filed on June 10, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Wilfred A. Mills,**<br><br>Debtor(s) | Case No.: 21-12677-SLM<br><br>Adv. No.:<br><br>Hearing Date: June 8, 2022<br><br>Judge: Meisel |

AUTHORIZING

**ORDER ~~ALLOWING~~ THE REFINANCE OF DEBTOR'S PROPERTY BY FINANCIAL FREEDOM MORTGAGE, LLC**

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 10, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:       Wilfred A. Mills
Case No.:     21-12677-SLM
Caption of Order: Order ~~Allowing~~ the Refinance of Debtor's Property by Financial Freedom Mortgage LLC
                               Authorizing                                    authorizing

Upon consideration of Debtor's motion for an order ~~allowing~~ the refinance of Debtor's property by Financial Freedom Mortgage, LLC, and good cause appearing therefore, it is hereby

**ORDERED** that the refinancing of the Debtor's property by Financial Freedom Mortgage LLC is allowed; and it is
  authorized

**FURTHER ORDERED** that the lien of SCMC 2017-RPL2 Trust, which is serviced by Select Portfolio Servicing, Inc. ("SLS") shall be paid in full pursuant to a payoff statement issued in the normal course of business, subject to the Debtor being able to challenge said payoff amount following the closing, and shall remain on the premises commonly known as 84 Hillside Terrace, Irvington, NJ 07111 until the refinance closing proceeds are received and applied by SLS, at which point the lien shall be discharged and released; and it is

**FURTHER ORDERED** that the mortgage lien of Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee, which is serviced by Select Portfolio Servicing, Inc. ("SLS") shall be paid in full pursuant to a payoff statement issued in the normal course of business, subject to the Debtor being able to challenge said payoff amount following the closing, and shall remain on the premises commonly known as 84 Hillside Terrace, Irvington, NJ 07111 until the refinance closing proceeds are received and applied by SLS, at which point the lien shall be discharged and released; and it is

**FURTHER ORDERED** that all other liens on the Debtor's property shall be satisfied, unless set up to the paid in full through the Chapter 13 Plan; and it is

**FURTHER ORDERED** that Debtor's attorney shall receive a fee of $750.00 for the preparation of the instant motion and the court appearance on same and said fee has already been paid by Debtors directly to Debtors'; and it is

Page 3
Debtor: Wilfred A. Mills
Case No.: 21-12677-SLM
Caption of Order: Order ~~Allowing~~ the Refinance of Debtor's Property by Financial Freedom Mortgage LLC
                                Authorizing

**FURTHER ORDERED** that the closing agent for Financial Freedom Mortgage, LLC shall remit from the refinance proceeds the sum of $12,332.63, including Trustee commissions, to the Chapter 13 Standing Trustee at the following address:

    Marie-Ann Greenberg

    Chapter 13 Standing Trustee

    P.O. Box 520

    Memphis, TN 38101-0520

as full and final payment to complete Debtors' Chapter 13 plan. The unsecured creditors having timely filed claims shall be paid in full through the Plan, at which time Debtors will be granted a discharge; and it is

**FURTHER ORDERED** that a copy of the HUD-1 Settlement Statement or Closing Statement shall be forwarded to the Chapter 13 Trustee at:

    Marie Ann Greenberg

    Chapter 13 Standing

    30 Two Bridges Road, Suite 330

    Fairfield, NJ 07004

and Debtor's attorney no later than five (5) days after the closing; and it is

**FURTHER ORDERED** that any remaining proceeds shall be disbursed to the Debtor at closing.

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 21-12677-SLM
Wilfred A Mills      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilfred A Mills, 84 Hillside Terrace, Irvington, NJ 07111-1512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Wilfred A Mills ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5