SCOTT E TANNE ESQ
70 BLOOMFIELD AVE
PINE BROOK, NJ  07058

Re:  WILFRED A MILLS               Atty:  SCOTT E TANNE ESQ
     84 HILLSIDE TERRACE                   70 BLOOMFIELD AVE
     IRVINGTON,  NJ  07111                 PINE BROOK, NJ  07058

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 21-12677

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/20/2021 | $572.00 | 7611357000 | 05/26/2021 | $572.00 | 7693403000 |
| 06/14/2021 | $572.00 | 7742157000 | 07/14/2021 | $572.00 | 7808650000 |
| 08/03/2021 | $572.00 | 7856932000 | 09/13/2021 | $572.00 | 7945301000 |
| 10/15/2021 | $1,285.00 | 8015225000 | 11/08/2021 | $1,285.00 | 8071078000 |
| 12/09/2021 | $1,285.00 | 8137282000 | 02/08/2022 | $450.00 | 209120837255 |
| 02/08/2022 | $1,000.00 | 209120837244 | 02/15/2022 | $1,450.00 | 8276779000 |
| 03/11/2022 | $1,481.00 | 8334380000 | 04/12/2022 | $1,481.00 | 8399766000 |
| 05/20/2022 | $1,481.00 | 8478511000 | 06/28/2022 | $1,481.00 | 8553822000 |
| 07/14/2022 | $1,481.00 | 8587887000 | 08/23/2022 | $1,481.00 | 8664547000 |
| 09/14/2022 | $1,481.00 | 8707756000 | 10/19/2022 | $1,481.00 | 8776707000 |
| 11/22/2022 | $1,481.00 | 8839877000 | 12/20/2022 | $1,481.00 | 8892588000 |

**Total Receipts: $24,997.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $24,997.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/14/2022 | $615.64 | 885,271 | 02/14/2022 | $920.23 | 885,271 |
| | 03/14/2022 | $552.16 | 887,010 | 03/14/2022 | $825.34 | 887,010 |
| | 04/18/2022 | $1,125.02 | 888,664 | 04/18/2022 | $1,681.64 | 888,664 |
| | 05/16/2022 | $572.86 | 890,439 | 05/16/2022 | $856.30 | 890,439 |
| | 12/12/2022 | $3,425.31 | 901,862 | 12/12/2022 | $5,120.03 | 901,862 |
| | 01/09/2023 | $560.99 | 903,356 | 01/09/2023 | $838.55 | 903,356 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,159.51 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,343.88 | 100.00% | 5,343.88 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 21-12677**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 706.26 | 100.00% | 0.00 | 706.26 |
| 0007 | CITIBANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 24,773.58 | 100.00% | 6,851.98 | 17,921.60 |
| 0013 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | WEINBERGER DIVORCE & FAMILY LAW ( | UNSECURED | 3,238.57 | 100.00% | 0.00 | 3,238.57 |
| 0018 | WELLS FARGO BANK NA | UNSECURED | 4,072.12 | 100.00% | 0.00 | 4,072.12 |
| 0021 | SELECT PORTFOLIO SERVICING INC | MTGS PD IN FULL | 37,030.54 | 100.00% | 10,242.09 | 26,788.45 |
| 0022 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $23,597.46**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $24,997.00    -    Paid to Claims: $17,094.07    -    Admin Costs Paid: $6,503.39    =    Funds on Hand: $1,399.54

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.