UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCOTT E. TANNE, ESQ., P.C.**
**70 Bloomfield Ave., Suite 203**
**Pine Brook, NJ 07058**
**Phone: (973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

**Order Filed on April 25, 2024**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**Wilfred A. Mills,**
Debtor(s)

Case No.:  21-12677-SLM

Adv. No.:

Hearing Date: April 24, 2024

Judge: Meisel

## ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO SUBORDINATE MORTGAGE WITH NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 25, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Debtor:               Wilfred A. Mills

Case No.:           21-12677-SLM

Caption of Order:     Order on Motion for Authorization to Enter into Subordinate Mortgage with New Jersey Housing and Mortgage Finance Agency

Upon consideration of Debtors motion for an order authorizing debtor to enter into a subordinate mortgage with New Jersey Housing and Mortgage Finance Agency and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is are authorized to enter into the subordinate mortgage with New Jersey Housing and Mortgage Finance Agency in the total amount of $40,264.55, which amount represents $33,724.55 to for full reinstatement of the first mortgage of Select Portfolio Servicing, Inc. (claim no. 5 of debtor's claim register) through May 2024, and $6,540.00 for payment assistance for future payments due to Select Portfolio Servicing, Inc. for four (4) months, June 2024 through September 2024, and debtor shall resume regular monthly payments pursuant to the terms of the note and mortgage direct to Select Portfolio services commencing October 1, 2024; and it is

**FURTHER ORDERED** that the Chapter 13 Trustee shall stop disbursements to Select Portfolio Servicing, Inc. (claim no. 5 of debtor's claim register) unless otherwise ordered; and it is

**FURTHER ORDERED** that upon application of reinstatement funds from New Jersey Housing and Mortgage Finance Agency, mortgagee Select Portfolio Servicing, Incl. shall amend its proof of claim accordingly.