**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**70 Bloomfield Ave., Suite 203**
**Pine Brook, NJ 07058**
**Phone: (973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

Order Filed on April 25, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Wilfred A. Mills,**
Debtor(s)

Case No.: 21-12677-SLM

Adv. No.:

Hearing Date: April 24, 2024

Judge: Meisel

## ORDER ON MOTION FOR AUTHORIZATION TO ENTER INTO SUBORDINATE MORTGAGE WITH NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 25, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

| | |
|---|---|
| Debtor: | Wilfred A. Mills |
| Case No.: | 21-12677-SLM |
| Caption of Order: | Order on Motion for Authorization to Enter into Subordinate Mortgage with New Jersey Housing and Mortgage Finance Agency |

Upon consideration of Debtors motion for an order authorizing debtor to enter into a subordinate mortgage with New Jersey Housing and Mortgage Finance Agency and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is are authorized to enter into the subordinate mortgage with New Jersey Housing and Mortgage Finance Agency in the total amount of $40,264.55, which amount represents $33,724.55 to for full reinstatement of the first mortgage of Select Portfolio Servicing, Inc. (claim no. 5 of debtor's claim register) through May 2024, and $6,540.00 for payment assistance for future payments due to Select Portfolio Servicing, Inc. for four (4) months, June 2024 through September 2024, and debtor shall resume regular monthly payments pursuant to the terms of the note and mortgage direct to Select Portfolio services commencing October 1, 2024; and it is

**FURTHER ORDERED** that the Chapter 13 Trustee shall stop disbursements to Select Portfolio Servicing, Inc. (claim no. 5 of debtor's claim register) unless otherwise ordered; and it is

**FURTHER ORDERED** that upon application of reinstatement funds from New Jersey Housing and Mortgage Finance Agency, mortgagee Select Portfolio Servicing, Incl. shall amend its proof of claim accordingly.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12677-SLM |
| Wilfred A Mills | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wilfred A Mills, 84 Hillside Terrace, Irvington, NJ 07111-1512 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Wilfred A Mills ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5