Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  21−12677−SLM
                    Chapter:  13
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilfred A Mills
   84 Hillside Terrace
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−9030

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/3/24
Time:      02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,224.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2024
JAN:

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 21-12677-SLM
Wilfred A Mills | Chapter 13
Debtor |

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 05, 2024 | Form ID: 137 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred A Mills, 84 Hillside Terrace, Irvington, NJ 07111-1512 |
| sp | + | Martin F Kronberg, 2414 Morris Avenue, Union, NJ 07083-5708 |
| 519154944 | + | Amini Boston, 483 Union Avenue, Apt 1, Irvington, NJ 07111-2811 |
| 519154959 | + | Weinberger Divorce & Family Law Group, 119 Cherry Hill Road, Suite 120, Parsippany, NJ 07054-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2024 00:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2024 00:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519154945 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 06 2024 00:09:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519154946 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 06 2024 00:09:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519220030 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 06 2024 00:11:00 | CSMC 2017-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519154947 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2024 23:26:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519154948 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2024 22:48:22 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519207787 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 06 2024 02:04:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519154949 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 06 2024 00:11:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519154951 | | Email/Text: bankruptcycourts@equifax.com | Aug 06 2024 00:10:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519154952 | ^ | MEBN | Aug 05 2024 21:35:46 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519154953 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2024 00:10:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519154956 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 06 2024 00:09:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519154955 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 06 2024 00:11:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519154954 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 21-12677-SLM    Doc 81    Filed 08/07/24    Entered 08/08/24 00:14:58    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: 137 | Total Noticed: 25 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 06 2024 00:11:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519154957 | Email/Text: epr@telecheck.com | Aug 06 2024 00:11:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519186663 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 06 2024 00:11:00 | Towd Point Mortgage Trust 2019-SJ2, U.S. Bank Nati, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519154958 | ^ MEBN | Aug 05 2024 21:35:30 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 519168727 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 05 2024 23:25:45 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519154960 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 05 2024 22:49:21 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519154961 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 05 2024 23:25:45 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519154950 | | Citibank NA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Wilfred A Mills ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 05, 2024 | Form ID: 137 | Total Noticed: 25
TOTAL: 5