# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

IN RE:                                                         CASE NO.: 21-12677-SLM
                                                                                  CHAPTER 13

**Wilfred A Mills,**

   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2017-RPL2 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                Robertson, Anschutz, Schneid, Crane &
                                                Partners, PLLC
                                                Attorney for Secured Creditor
                                                130 Clinton Rd #202
                                                Fairfield, NJ 07004
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                         By: /s/Nathalie Rodriguez
                                                Nathalie Rodriguez
                                                Email: NRodriguez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

WILFRED A MILLS
84 HILLSIDE TERRACE
IRVINGTON, NJ 07111

And via electronic mail to:

SCOTT E. TANNE ESQ.
70 BLOOMFIELD AVE, SUITE 203
PINE BROOK, NJ 07058

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill