**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Wilfred A Mills <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9030 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–12677–SLM | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Wilfred A Mills

12/15/25                                                                       **By the court:** Stacey L. Meisel
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12677-SLM |
| Wilfred A Mills | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2025 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred A Mills, 84 Hillside Terrace, Irvington, NJ 07111-1512 |
| sp | + | Martin F Kronberg, 2414 Morris Avenue, Union, NJ 07083-5708 |
| 519154944 | + | Amini Boston, 483 Union Avenue, Apt 1, Irvington, NJ 07111-2811 |
| 520577654 | + | CSMC 2017-RPL2 Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519154959 | + | Weinberger Divorce & Family Law Group, 119 Cherry Hill Road, Suite 120, Parsippany, NJ 07054-1123 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2025 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2025 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519154945 | | EDI: BANKAMER | Dec 16 2025 01:45:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519154946 | + | EDI: BANKAMER | Dec 16 2025 01:45:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519220030 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2025 21:02:00 | CSMC 2017-RPL2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519154947 | + | EDI: CAPITALONE.COM | Dec 16 2025 01:45:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519154948 | + | EDI: CAPITALONE.COM | Dec 16 2025 01:45:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519207787 | + | EDI: AIS.COM | Dec 16 2025 01:45:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519154949 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 15 2025 21:02:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519154951 | | Email/Text: bankruptcycourts@equifax.com | Dec 15 2025 21:01:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519154952 | ^ | MEBN | Dec 15 2025 20:54:38 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519154953 | | EDI: IRS.COM | Dec 16 2025 01:45:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519154956 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 15 2025 21:00:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519154955 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 15 2025 21:02:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |

Case 21-12677-SLM    Doc 92    Filed 12/17/25    Entered 12/18/25 00:15:26    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2025 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519154954 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 15 2025 21:02:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519154957 | | Email/Text: epr@telecheck.com Dec 15 2025 21:02:00 | | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 519186663 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 15 2025 21:02:00 | | Towd Point Mortgage Trust 2019-SJ2, U.S. Bank Nati, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519154958 | ^ | MEBN Dec 15 2025 20:54:29 | | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 519168727 | | EDI: WFCCSBK Dec 16 2025 01:45:00 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519154960 | + | EDI: WFCCSBK Dec 16 2025 01:45:00 | | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 519154961 | + | EDI: WFHOME Dec 16 2025 01:45:00 | | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519154950 | | Citibank NA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor CSMC 2017-RPL2 Trust cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Levi Chaimowitz | on behalf of Creditor CSMC 2017-RPL2 Trust chamo549@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor CSMC 2017-RPL2 Trust nrodriguez@raslg.com  NJbkyecf@flwlaw.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 15, 2025 | Form ID: 3180W | Total Noticed: 26

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Towd Point Mortgage Trust 2019-SJ2, U.S. Bank National Association, as Indenture Trustee bankruptcy@fskslaw.com

Scott E. Tanne
    on behalf of Debtor Wilfred A Mills ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8